
```
SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334
```

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00015 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' APPLICATION TO UNSEAL THE RECORD** |
| MONICA ROSE CALVO, | |
| Defendant. | |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order unsealing the record, in the above-entitled case, because the target of investigation has been prosecuted and there is no further reason for this case to remain sealed.

Defendant's counsel of record, Cynthia Ecube, has been informed and concurs with this request.

Respectfully submitted this 24th day of April, 2023.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney